# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.**<br>Trustee<br>**Bonnie Baker, Esq.**<br>Assoc. Attorney | Telephone: (518) 449-2043<br>Facsimile: (518) 449-2473 | For payments Only:<br>P.O Box 1918<br>Memphis, TN 38101-1918 |

May 18, 2010

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:   05-12820             Timothy & Love Kilventon

To Whom It May Concern:

Enclosed please find check #**807713** in the amount of $1.26. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

   Claim No.        32

   Account#         140915691

   Creditor         Wolpoff & Abramson
                    2 Irving Center
                    702 King Farm Road
                    Rockville, MD 20850

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli